

October 14, 2020

**VIA ECF**

**Paul R. Bartolacci**
Direct Phone   215-665-2001
Direct Fax       215-701-2001
pbartolacci@cozen.com

The Honorable Miroslav Lovric
United States Magistrate Judge
U.S. District Court for the
 Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

**Re:    Crown Cork & Seal, USA, Inc. v. S.A. Comunale Co., Inc., et al.
       U.S. District Court, Northern District of New York (Binghamton)
       Civil Action No.: 3:20-CV-126 (FJS/ML)**

Dear Judge Lovric:

Please accept this as a brief status report from the parties with respect to the above-captioned matter which is scheduled for a Status Conference with you on Monday, October 19, 2020 at 10:00 a.m.

The parties participated in mediation on October 2, 2020, with John Powers.  The mediation did not result in the resolution of any claims between any of the parties.

Counsel for the parties met telephonically on October 13, 2020 to discuss deposition dates and witnesses, as well as the proposed metallurgical work at the Micron laboratory in Wilmington, Delaware.  The parties will ask their consultants to provide information with respect to their availability to travel to and from Wilmington, Delaware to conduct this work in light of the current pandemic concerns.

We look forward to meeting with Your Honor.


Respectfully,

COZEN O'CONNOR

By:     Paul R. Bartolacci