UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CROWN CORK & SEAL USA, INC.**,

      *Plaintiff*,

  -*vs*-

**BLUE ROCK CONSTRUCTION, INC, GREENMAN-PEDERSEN, INC., AUTOMATIC FIRE SYSTEMS, INC., S.A. COMUNALE CO., INC., THE VIKING CORPORATION**,

      *Defendants*.

Index No. 3:20-CV-126[FJS/ML]

---

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO LESS THAN ALL PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crown Cork & Seal USA, Inc. ("Plaintiff") and Defendant Greenman-Pedersen, Inc. ("GPI") stipulate that the claims of Plaintiff asserted against GPI in Counts IV, V, and VI of Plaintiff's Complaint (Doc. No. 1) are dismissed with prejudice as to GPI only.

This Stipulation is not intended to dismiss the remaining claims of the Plaintiff in its Complaint against any party other than GPI.

**DATED**: August 22, 2022

Date: August 23, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Respectfully submitted,

**COUGHLIN & GERHART, LLP**

By: ___*s/ Zachary D. Morahan*___
   Zachary D. Morahan, Esq.

*Attorneys for Plaintiff*
99 Corporate Drive
Binghamton, NY 13904
Phone: 607-723-9511
Fax: 607-723-1530
E-mail: zmorahan@cglswoffices.com

24995157.1

**COZEN O'CONNOR**

By: *s/ Paul R. Bartolacci*
   Paul R. Bartolacci, Esq.
*Attorneys for Plaintiff*
One Liberty Place
1650 Market Street
Ste 2800
Philadelphia, PA 19103
215-665-2001
Email:  pbartolacci@cozen.com

**BARCLAY DAMON LLP**

By: *s/ David M. Fulvio*
   David M. Fulvio, Esq.

*Attorneys for Defendant,*
   *Greenman-Pedersen, Inc.*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone: (585) 295-4432
Email:  dfulvio@barclaydamon.com

24995157.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2022, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Northern District Court using its CM/ECF system, which would then electronically notify the parties of record.

                                           /s/ *David M. Fulvio*
                                           David M. Fulvio
                                           (Bar Roll No. 700977)