UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CROWN CORK & SEAL USA, INC.** | : | |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO.: 3:20-CV-126 |
| **BLUE ROCK CONSTRUCTION,** | : | |
| **INC., GREENMAN-PEDERSEN,** | : | |
| **INC., AUTOMATIC FIRE SYSTEMS,** | : | |
| **INC., S.A. COMUNALE CO., INC.,** | : | |
| **and THE VIKING COMPANY** | : | |
| | : | |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO LESS THAN ALL PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crown Cork & Seal

USA, Inc. ("plaintiff") and defendant S.A. Comunale Co., Inc. ("S.A. Comunale") stipulate that

the claims for plaintiff asserted against S.A. Comunale in Counts X, XI, XII, and XIII of

plaintiff's Complaint (Doc. No. 1) are dismissed with prejudice as to S.A. Comunale only.

This Stipulation is not intended to dismiss the remaining claims of the plaintiff in its

Complaint against any party other than S.A. Comunale.

Date: August 23, 2022                                    Respectfully submitted,

Date:  August 26, 2022                                    **COUGHLIN & GERHART, LLP**

IT IS SO ORDERED.                                         By:  _/s/ Zachary D. Morahan_____
                                                          Zachary D. Morahan, Esq.
                                                          *Attorneys for Plaintiff*
                                                          99 Corporate Drive
_____                             Binghamton, NY 13904
Frederick J. Scullin, Jr.                                 Phone: 607-723-9511
Senior United States District Judge                       Fax: 607-723-1530
                                                          E-mail:zmorahan@cglswoffices.com

**COZEN O'CONNOR**

By: _____*/s/ Paul R. Bartolacci*_____
Paul R. Bartolacci, Esq.
*Attorneys for Plaintiff*
One Liberty Place
1650 Market Street
Ste 2800
Philadelphia, PA 19103
215-665-2001
Email: pbartolacci@cozen.com


**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**


By: _____
James A. Wescoe, Esquire
*Attorneys for Defendant*
*S.A. Comunale Co., Inc.*
1500 Broadway #2401
New York, NY 10036
267-765-4123
jwescoe@wglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 23, 2022, I electronically filed the foregoing Stipulation of

Dismissal with the Clerk of the Northern District Court using its CM/ECF system, which would

then electronically notify the parties of record.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: ___/s/James A. Wescoe_____
James A. Wescoe, Esquire
*Attorneys for Defendant
S.A. Comunale Co., Inc.*
1500 Broadway #2401
New York, NY 10036
267-765-4123
jwescoe@wglaw.com