UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CROWN CORK & SEAL USA, INC.,

        Plaintiff,

v.

BLUE ROCK CONSTRUCTION, INC.,
GREENMAN-PEDERSEN, INC.
AUTOMATIC FIRE SYSTEMS, INC.,
S.A. COMUNALE CO., INC., and
THE VIKING CORPORATION,

        Defendants.

Case No. 3:20-cv-00126-FJS-ML

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41.3, it is hereby stipulated by and between plaintiff and its attorneys of record, and all defendants and their attorneys of record, that all remaining claims asserted in this action, including Crown Cork & Seal, Inc.'s claims against Blue Rock Construction Inc., as well as all cross-claims interposed by Defendants against each other, are dismissed with prejudice in their entirety. Each party shall bear their own costs, attorneys' fees, and expenses without prejudice to any such claims between insurers for the defendants herein asserted in a separate action.

Dated: February 2, 2023

| | |
|---|---|
| COUGHLIN & GERHART, LLP | GOLDBERG SEGALLA LLP |
| By: /s/ Zachary D. Morahan | By: /s/ Matthew D. Gumaer |
| Zachary D. Morahan, Esq. | Matthew D. Gumaer, Esq. |
| Bar Roll No. 520322 | Bar Roll No. 510268 |
| 99 Corporate Drive | 5786 Widewaters Parkway |
| Binghamton, NY 13904 | Syracuse, NY 13214-1840 |
| T: 607.723.9511 | T: 315.413.5400 |
| E: zmorahan@cglawoffices.com | E: mgumaer@goldbergsegalla.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Blue Rock Construction, Inc.* |

COZEN O'CONNOR

By: /s/ Paul R. Bartolacci
  Paul R. Bartolacci, Esq.
  One Liberty Place
  1650 Market Street, Suite 2800
  Philadelphia, PA 19103
  T: 215.665.2001
  E: pbartolacci@cozen.com

  *Attorneys for Plaintiff*

BARCLAY DAMON LLP

By: /s/ David M. Fulvio
  David M. Fulvio, Esq.
  Bar Roll No. 700977
  2000 Five Star Bank Plaza
  100 Chestnut Street
  Rochester, NY 14604-2072
  T: 585-295-4432
  E: dfulvio@barclaydamon.com

  *Attorneys for Defendant*
  *Greenman-Pedersen, Inc.*

KMA ZUCKERT LLC

By: /s/ Jennifer Huang
  Jennifer Huang, Esq.
  Bar Roll No. 515916
  1350 Broadway, Suite 214
  New York, NY 10018
  T: 212.991.5918
  E: jhuang@kmazuckert.com

  *Attorneys for Defendant*
  *Automatic Fire Systems, Inc.*

WEBER GALLAGHER SIMPSON
SIMPSON STAPLETON FIRES &
NEWBY, LLP

By: /s/ James A. Wescoe
  James A. Wescoe, Esq.
  Bar Roll No. 106176
  1500 Broadway, 2401
  New York, NY 10036
  T: 267.765.4123
  E: jwescoe@wglaw.com

  *Attorneys for Defendant*
  *S.A. Comunale Co., Inc.,*

KING & SPALDING

By: /s/ Rania Kajan
  Rania Kajan, Esq.
  Bar Roll No. 702651
  1180 Peachtree Street, NE
  Atlanta, GA 30309
  T: 404.572.4600
  E: rkajan@kslaw.com

  *Attorneys for Defendant*
  *The Viking Corporation*

Date: February 6, 2023

SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior United States District Judge